UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC QUINN FRANKLIN,<br><br>Petitioner,<br><br>v.<br><br>ROBERT W. FERGUSON, et. al.,<br><br>Respondents. | CASE NO. C19-5017 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Respondent's Motion to Dismiss is **GRANTED**;

(3) Petitioner's federal habeas petition is **DISMISSED** with prejudice;

(4) A certificate of appealability is **DENIED**;

(5) Petitioner's *in forma pauperis* status is **REVOKED** on appeal; and

(6) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 3rd day of June, 2019.

                                  BENJAMIN H. SETTLE
                                  United States District Judge